Sam E. Kostelny, Appellee, v. Logan Hydraulics, Inc., Appellant.

Gen. No. 48,717.

First District, Second Division.
October 23, 1962.
Rehearing denied November 20, 1962.

Vincent D. McConnell, of Chicago (Frederick A. Thulin and Joel H. Levin, of counsel), for appellant; Irving Goodman, of Chicago, for appellee and cross-appellant. Opinion by MR. PRESIDING JUSTICE BRYANT. Not to be published in full.